2022-1175

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SAHA THAI STEEL PIPE PUBLIC COMPANY LIMITED, THAI PREMIUM PIPE COMPANY LTD.,
*Plaintiffs–Appellees,*

PACIFIC PIPE PUBLIC COMPANY LIMITED,
*Plaintiff*

v.

UNITED STATES,
*Defendant*

WHEATLAND TUBE COMPANY,
*Defendant-Appellant*

Appeals from the United States Court of International Trade in Nos. 1:18-cv-00214-JCG, 1:18-cv-00219-JCG, 1:18-cv-00231-JCG, Judge Jennifer Choe-Groves

## MOTION REGARDING WITHDRAWAL OF COUNSEL FOR DEFENDANT-APPELLANT WHEATLAND TUBE COMPANY

We respectfully request that the Clerk withdraw the appearance of Kelsey M. Rule as one of the attorneys for Defendant-Appellant Wheatland Tube Company and that electronic notices and electronic service of documents no longer be provided to her email address. Ms. Rule is no longer with Schagrin Associates and will no longer participate as counsel in this litigation.

1

Roger B. Schagrin remains the principal counsel of record.

                        Respectfully submitted,

                        */s/ Roger B. Schagrin*

                        Roger B. Schagrin

                        Schagrin Associates
                        900 Seventh Street NW, Suite 500
                        Washington, DC 20001
                        (202) 223-1700
                        rschagrin@schagrinassociates.com
                        *Attorneys for Defendant-Appellant*

June 6, 2023                    *Wheatland Tube Company*